UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON DREW** | * | **CIVIL ACTION NO: 3:23-cv-1604** |
| **Plaintiffs,** | * | |
| v. | * | **JUDGE:** |
| **PROGRESSIVE MOUNTAIN INSURANCE COMPANY; HARVILL'S HIGH VELOCITY TRANSPORT, LLC; and DUSTIN WAYNE HARVILL** | * * * * * | |
| **Defendants.** | * | **MAGISTRATE:** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

**NOW COMES**, through undersigned counsel, Defendants Progressive Mountain Insurance Company, Harvill's High Velocity Transport, LLC, and Dustin Wayne Harvill (collectively, "the Defendants"), who, pursuant to 28 U.S.C. §§ 1332 and 1446, remove this matter from the 21st Judicial District Court for the Parish of Livingston to the docket of this Honorable Court.

1.   This suit concerns a claim by the Plaintiff against an insurer and its insured for damages resulting from a motor vehicle collision. On May 12, 2023, Plaintiff Jason Drew, ("Drew") filed a Petition for Damages against the Defendants in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, Case No. 178186 "B". *Exhibit A*. Drew alleges that Dustin Wayne Harvill ("Harvill") caused property damage and bodily injury when the vehicle owned by Harvill's High Velocity Transport, LLC ("HHVT") and operated by Harvill struck his own vehicle. Drew alleges that Progressive Mountain Insurance Company ("Progressive") is the insurer of HHVT and Harvill and is liable for the damage resulting from the

1

collision. Drew seeks compensation for the property damage and bodily injuries, plus costs and interest.

2. Removal is based on diversity jurisdiction because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity between Drew and Defendants.

3. Drew alleges that Harvill was operating a 2018 GMC Sierra while towing a trailer in the parking area of the Pilot Travel Center at 2601 South Range Ave in Livingston Parish. *See Exhibit A* ¶ III. Harvill's vehicle impacted Drew's 2013 Ford F-350, which was stationary and occupied by Drew, who suffered injuries to his neck and back in addition to non-physical injuries. See *Exhibit A* ¶ II, IV, VII. Drew alleges that Harvill was operating within the course and scope of his employment by HHVT and that HHVT is therefore liable as Harvill's employer. *See Exhibit A* ¶ VI. Drew further alleges that Progressive insured HHVT and Harvill at all relevant times. See *Exhibit A* ¶ VIII.

4. In response to discovery requests propounded by the Defendants, Drew admitted on October 17, 2023 that his damages exceed $75,000, exclusive of interest and cost. *Exhibit D, Request for Admission No. 3*. Further, on October 17, 2023, Drew expressly denied any willingness to limit the Defendants' exposure to less than $75,000, exclusive of interest and cost. *Exhibit D, Requests for Admission No 7 and 8*.

5. Defendants answered the Petition in state court prior to removal, and prior to Drew's admissions regarding the value of his alleged damages.

6. Defendants now file this Notice of Removal based on the grounds asserted herein, and promptly upon the filing of same, are also filing a Notice of Filing of Notice of Removal with the state court in which this case was previously pending.

## II. GROUNDS FOR REMOVAL

7. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) because the parties involved are citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

### A. Complete Diversity Exists Between the Parties

8. Plaintiff Jason Drew is a natural person who is a resident of the State of Louisiana. *See Exhibit A*, *Introductory Paragraph*.

9. Defendant Harvill is a natural person who is a resident of the State of Georgia. *See Exhibit A* ¶ I. Defendant HHVT is a foreign corporation, organized under the laws of the State of Georgia *See Exhibit A* ¶ I. Thus, HHVT is a citizen of Georgia, pursuant to 28 U.S.C. § 1332(c)(1). Defendant Progressive is a foreign corporation, organized under the laws of the State of Ohio. *See Exhibit A* ¶ I. Thus, Progressive is a citizen of Ohio, pursuant to 28 U.S.C. § 1332(c)(1).

### B. The Amount in Controversy Exceeds $75,000.00

10. Drew seeks compensation for property damage, bodily injury, and additional non-physical damages including, inter alia, the cost of future medical care, lost earnings, and loss of enjoyment. *Exhibit A* at ¶ VII.

11. In discovery, Drew admitted that these damages exceed $75,000, exclusive of interest and cost. *Exhibit D, Request for Admission No. 3.* Further, on October 17, 2023, Drew expressly denied any willingness to limit the Defendants' exposure to less than $75,000, exclusive of interest and cost. *Exhibit D, Requests for Admission No 7 and 8.*

12. Drew's discovery responses indicate that additional medical treatment for his injuries may occur, thereby potentially increasing the amount in controversy. *See Exhibit D, Request for Admission No. 6.*

### III. VENUE

13  Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action was pending, the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

### IV. PROCEDURAL REQUIREMENTS

14. Pursuant to 28 U.S.C. § 1446(a), the following exhibits are attached and indexed:

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Plaintiff's Petition for Damages |
| B. | Defendants' Certificate of Compliance |
| C. | Copy of the State Court Record |
| D. | Copy of Plaintiff's Responses to Defendants' Requests for Admission |

15. This Notice of Removal is being filed within thirty (30) days of October 17, 2023, the date on which Drew answered the Defendants' Requests for Admission, the first day the Defendants learned the value of Plaintiff's claim exceeds $75,000, exclusive of interest and cost. *See Exhibit D.* Thus, this notice of removal is timely filed under 28 U.S.C. §1446(b).

16. There exists an actual and justiciable controversy between Drew and the Defendants with regard to the legal issues herein and this controversy and the amount thereof is within the jurisdiction of this Court.

17. Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders and all other filings in the state court action are attached to this Notice. *Exhibit C.*

18. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice of Removal will be given to all adverse parties promptly after the filing of same. *Exhibit B*.

19. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of the Notice of Removal will be filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston, State of Louisiana promptly after filing of same. *Exhibit B*.

20. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served join and consent to the removal of this action. Specifically, Defendants Progressive, HHVT, and Harvill join in this removal.

21. The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**WHEREFORE**, Defendants, Progressive Mountain Insurance Company, Harvill's High Velocity Transport, LLC, and Dustin Wayne Harvill, pray that this Notice of Removal will be deemed good and sufficient and that this matter will be accepted onto this Court's docket.

Respectfully submitted,

*/s/ R. Daniel Serio, Jr.*
R. DANIEL SERIO, JR. #32681
MICHAEL S. HEIER, #35167
STRAUSS MASSEY DINNEEN LLC
935 Gravier Street, Suite 1250
New Orleans, Louisiana 70112
Telephone:   (504)380-0290
Facsimile:   (504)332-8434
dserio@smd-law.com
mheier@smd-law.com

*Attorneys for Defendants, Progressive Mountain Insurance Company, Harvill's High Velocity Transport, LLC, and Dustin Wayne Harvill*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record either by hand delivery, email, facsimile or by placing the same in the United States mail, properly addressed and postage pre-paid, this 16th day of November, 2023.

*/s/ R. Daniel Serio, Jr.*
R. DANIEL SERIO, JR.